Dismissed and Opinion filed July 11, 2002









Dismissed and Opinion filed July 11, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-02-00159-CV

____________

 

FOUNTAIN BUILDERS HARDWARE, INC., Appellant

 

V.

 

TRIMBLE & STEPHENS CONSTRUCTION SERVICES, INC., Appellee

 



 

On
Appeal from the County Court No. 2

Galveston
County, Texas

Trial
Court Cause No. 47,488

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed October 4, 2001.

On July 1, 2002, appellant filed an
agreed motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

 

PER CURIAM

Judgment rendered and Opinion filed July 11, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).